JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONALD BRAND, | No. CV 12-09178-VBK |
| Petitioner, | JUDGMENT |
| v. | |
| JEFFREY BEARD, | |
| Respondent. | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 5/30/2013

/S/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE